UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRMETH JONES,

    Plaintiff,

v.

Case No. 24-cv-10515
Hon. Matthew F. Leitman

SWISTAK & LEVINE, P.C.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 5)

On July 30, 2024, the Court held a hearing on Defendant Swistak & Levine, P.C.'s motion to dismiss Plaintiff Kirmeth Jones' Complaint. (*See* Mot., ECF No. 1.)  For the reasons explained on the record, and the reasons stated in Jones' response to the motion, the motion is **DENIED**.

    **IT IS SO ORDERED.**

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2024, by electronic means and/or ordinary mail.

                                     s/Holly A. Ryan
                                     Case Manager
                                     (313) 234-5126